# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**IRMA BERVEN,**
Appellant,

v.

**SANDRA GUGUSIAN,**
Appellee.

No. 4D2025-0954

[December 23, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 502025SC002068.

Irma Berven, West Palm Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***